## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Derek Backus, being duly sworn, hereby depose and state that the following is true to the best of my information, knowledge, and belief:

## INTRODUCTION AND AGENT BACKROUND

1.  I am a United States Postal Inspector and have been so employed since September 2012.  I am currently assigned to the United States Postal Inspection Service (USPIS) Denver Division, specifically to the Prohibited Mailings Narcotics team (PMN) in Denver, Colorado, which is responsible for investigating narcotics violations involving the United States Mail.  My responsibilities include the detection and prevention of the transportation of narcotics/controlled substances through the United States Mail, to include, conducting narcotics investigations and executing arrests of individuals for violations of Title 21, United States Code, Sections 841(a)(1) (Distribution of a Controlled Substance), 843(b) (Use of a Communication Facility to Facilitate the Commission of a Federal Drug Felony) and 846 (Conspiracy to Distribute a Controlled Substance).  I have also investigated offenses related to the possession and use of firearms.  Part of my training as a Postal Inspector included narcotics trafficking investigative techniques related to the identification and detection of controlled substances being transported in the United States Mail.  My training and experience also includes the investigation and prosecution of offenses that involve the use of computers, social media, and cryptocurrency.

2.  Because this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation.  I have set forth facts that I believe are necessary to establish probable cause to believe that the following defendants committed the following offenses:

ERIC MORTENSEN:

| | |
|---|---|
| 21 U.S.C. § 841(a)(1) | Distribution of a controlled substance |
| 21 U.S.C. §§ 841(a)(1) & 846 | Conspiracy to distribute a controlled substance |
| 18 U.S.C. § 922(g)(1) | Prohibited Person in Possession of Firearm/Ammunition |
| 18 U.S.C. § 924(c)(1)(A) | Use/carry firearm during and in relation to a drug trafficking crime |
| 18 U.S.C. § 1956(h) | Conspiracy to launder money |

MELISSA CHARRAN:

| | |
|---|---|
| 21 U.S.C. § 841(a)(1) | Distribution of a controlled substance |
| 21 U.S.C. §§ 841(a)(1) & 846 | Conspiracy to distribute a controlled substance |
| 18 U.S.C. § 1956(h) | Conspiracy to launder money |

3.  The information contained within the affidavit is based on my training and experience, as well as information imparted to me by other law enforcement officers involved in this investigation.

## THE INVESTIGATION

### Summary of the Investigation

4.  As described in this affidavit, other law enforcement officers and I and have been investigating Eric Mortensen ("MORTENSEN"), a/k/a "Jacob Bradford," and Melissa Charran ("CHARRAN") (together, the "Targets").  Specifically, my investigation has revealed that MORTENSEN and CHARRAN are involved in the sale and distribution of marijuana and other products labeled "THC"[1] from the State of Colorado to other locations outside of the State of Colorado, via the U.S. Postal Service ("USPS").

5.  I have learned that MORTENSEN controlled a particular social media account (the "Social Media Account") that, as described in detail below, MORTENSEN used to advertise the sale of a controlled substance and facilitate his drug trafficking business.  He also used the Social Media Account to display himself holding various firearms.

6.  During the course of this investigation, I have reviewed the content associated with the Social Media Account, to include messages, postings and storyline, and discovered posted selfie videos of MORTENSEN, posted videos and/or images showing suspected marijuana products or products labeled "THC" that were advertised by MORTENSEN as dispensary direct products, posted videos and/or images of USPS parcels and mailing labels, posted videos and/or images of suspected firearms and posted video and/or images of U.S. currency, mobile payment services and cryptocurrency.

7.  In addition to the Social Media Account, this investigation revealed that MORTENSEN and CHARRAN used the Subject Premises, including the two vehicles described herein, to facilitate their drug trafficking business.

8.  Based on information obtained during the course of this investigation, it is believed that MORTENSEN and CHARRAN utilized U.S. currency, financial institutions and peer-to-peer payment applications, to accept payment from the sale of a controlled substances advertised on the Snapchat Account.  These criminal proceeds were then reinvested into the Targets' drug trafficking business, used for living expenses or converted into United States Currency or into

---

[1] THC (tetrahydrocannabinol) is the psychoactive ingredient in marijuana.  It, like marijuana, is a schedule I controlled substance.

forms of digital currency or transferred between financial exchanges or institutions, peer-to-peer payment applications to co-mingle criminal proceeds derived from distributing drugs online.

9. Based on information obtained from Colorado Department of Labor and Employment ("CDOLE"), a Special Agent with the Colorado Department of Revenue ("CDOR") advised that MORTENSEN has no reported Colorado W-2 wages. According to CDOR records, CHARRAN filed a 2020 Colorado income tax return, which characterized her occupation as unemployed. Included with this return was a single W-2 from a company in Bloomington, MN, which showed she earned $23,519 in W-2 wages. No other sources of income were reported by CHARRAN in 2020. Accordingly, I believe that neither MORTENSEN nor CHARRAN maintains legitimate employment and their income is derived from the illegal business described in this affidavit.

10. During the course of this investigation, I discovered numerous outbound USPS mailings addressed to addresses outside of the State of Colorado that are believed to be associated with this ongoing investigation, based on mailing patterns to destination addresses, the use of a particular online postage account (the "Online Postage Account"), mailings occurring during the same transactions and the use of the same Colorado return address 6343 E Girard Place, Denver, CO 80222, which is similar to the Apartment. Denver law enforcement officers obtained federal warrants to search some of these USPS parcels addressed to the addresses outside of the State of Colorado, revealing marijuana and products labeled "THC," most of which were in the original dispensary packaging.

11. During the course of my investigation, I have learned that CHARRAN's medical marijuana patient license number has been associated with some of the THC products that MORTENSEN has advertised for sale or sent via the U.S. mail. I also observed CHARRAN visit multiple marijuana dispensaries in one day, consistent with the pattern of someone purchasing marijuana to re-sell.

## Probable Cause

12. On or about October 21, 2020, I was notified that members of the Denver Police Department ("DPD") were conducting surveillance in the area of 6343 Girard Place, Unit 326, Denver, CO 80222 where I have come to learn that MORTENSEN and CHARRAN reside (the "Apartment")[2] and observed MORTENSEN depart from the area of the Apartment and arrive in the area of the University Park Post Office, located at 3800 Buchtel Boulevard, Denver, CO 80210, on October 21, 2020. DPD Detectives advised that MORTENSEN was observed carrying parcels into the University Park Post Office on this same date. After MORTENSEN departed from the University Park Post Office, investigators identified several parcels listing the business name "European Auto Parts" or "European Auto" and the address 6343 E Girard Place, Denver, CO 80222 as being associated with each of the return addresses and affixed with ebay tape. I seized ten of these parcels, pending further investigation.

---

[2] Among other things, on or about March 19, 2021, I conducted a review of the USPS mailboxes located at the Veranda Highpointe multi-family apartment complex, located at 6343 Girard Place, Denver, CO 80222, the apartment complex associated with the Apartment, and learned that the names listed on the mailbox associated with apartment 326 and/or the recipient name of delivered mail were listed as "Charran" and "Mortenson." I am aware that upon occupancy individuals intending on receiving mail at this apartment complex need to complete a USPS notification card providing the names of the individuals associated with a specific address. The USPS notification card for the Apartment listed the names "Melissa Charran" and "Erik Mortenson."

13. A review of USPS business records revealed that the postage associated with these ten parcels was purchased through the Online Postage Account associated with CHARRAN, the email address melissacharran93@gmail.com and a bank card ending in 7996.  I am aware that this particular Online Postage Account allows an individual to purchase postage through their USPS account and print off shipping labels at their residence.

   A. A CLEAR commercial database check revealed that CHARRAN was associated with the Apartment and telephone number 347-449-8314.

   B. A review of USPS business records revealed that the Online Postage Account associated with CHARRAN is associated with creating over 420 USPS shipping labels for a total of over $5,700.00 in postage, between September 15, 2020 and March 18, 2021, and that the return address information associated with the shipping labels listed the return names European Auto Parts, European Auto, and eventually European Auto Parts Online, and the return address 6343 E Girard Place, Denver, CO 80222, which is similar to address at the Apartment.

   C. Based on information obtained during the course of this investigation, I learned that the bank card ending in "7996" was associated with a Firefly Credit Union account associated with MORTENSEN.

14. The return addresses associated with nine of the seized parcels described in paragraph 12, *supra*, listed the same return business name and address of "EUROPEAN AUTO PARTS, 6343 E GIRARD PL, DENVER CO 80222-7408" and one of the parcels listed the return business name and address of "EUROPEAN AUTO, 6343 E GIRARD PL, DENVER CO 80222-7408."  I conducted an Internet Google search of the business names "EUROPEAN AUTO PARTS" and "EUROPEAN AUTO" and discovered that these business names were not associated with the address 6343 E Girard Place, Denver, CO 80222.

15. I also conducted an open source Internet database check of the Colorado Secretary of State website for the business names "EUROPEAN AUTO PARTS" and "EUROPEAN AUTO" and discovered that the business names were not registered with the State of Colorado as being associated with the Apartment or any variation of the address 6343 E Girard Place, Denver, CO 80222.  Based on my training and experience, I am aware that individuals sending and/or receiving illicit materials in the U.S. Mail often use names and address other than their own, use variations of their own name and addresses, such as excluding their unit number, use names not associated with an address, use fictitious names or business names and addresses, use incomplete and undeliverable addresses or "borrow" valid names and addresses to legitimize the mailing, in an effort to evade detection by law enforcement.

16. On or about October 27, 2020, Denver law enforcement officers executed federal warrants to search the ten parcels described in paragraph 12, *supra*.  The parcels each contained items labeled "THC."  Specifically, I discovered the number 20-226-647-SY—which I have learned is a medical marijuana patient license—on some of the seized dispensary packaged products labeled "THC," dispensary packaging labeled High Level Health and dispensary packaging with a disclaimer sticker stating, in part, "This product is unlawful outside the State of Colorado."

   A. Based on information obtained from a Special Agent with the CDOR, I learned that the Colorado Department of Public Health and Environment ("CDPHE") maintains a

medical marijuana registry that allows patients with qualifying medicals conditions to receive a registry identification card and patient license number for legal access to medical marijuana. This patient license number designates an amount of plants or finished product a patient is allowed to possess at any point in time, in order to treat their medical condition(s). Physician prescribed medical marijuana is not subject to Colorado sales taxes. The current retail marijuana state sales tax rate for recreational marijuana is 16.1%. According to CDPHE, as of March 16, 2021, patient license number 20-226-647-SY is active and has not been voided, revoked, or denied. The CDPHE does not provide any information regarding the identity of the individual or the amounts of medical marijuana plants/products prescribed to a patient.

B. The CDOR MED requires medical and retail marijuana licensed businesses to use Metric, which is a state approved reporting system, to track and trace their inventory across the distribution chain. This system also tracks purchases under patient license numbers when they are actually entered into the database by the retailer. In other words, there is no guarantee that the patient license number is captured and reported to the MED with every sale.

C. On February 22, 2021, the CDOR MED provided information of the reported medical marijuana sales associated with patient license number 20-226-647-SY. This information contained transactional details from August 17, 2020 through February 21, 2021:

    i. A total of $164,161.95 of medical marijuana products were purchased using patient license number 20-226-647-SY during the examined time frame. Approximately $116,730.92 of these purchases were made in 2019 and $47,431.03 in the first two months of 2020.

    ii. The products purchased under this patient license number included marijuana buds, marijuana concentrates, and infused marijuana edibles. The CDOR Special Agent related that based on their training and experience, no single person could ingest or consume the total amount of marijuana and marijuana products purchased during the time frame examined.

D. As described in paragraph 66, *infra*, based on information obtained from the Social Media Account, I later learned that CHARRAN was listed as being associated with patient license number 20-226-647-SY.

17. On or about October 27, 2020, acting in an undercover capacity I contacted telephone 347-449-8314 (which, as noted in paragraph 13.a, *supra*, is associated in CLEAR with CHARRAN) and spoke with an individual identifying herself as CHARRAN. I informed CHARRAN that there were parcel shipping delays and that one of the delayed parcels may be associated with her USPS shipping account. CHARRAN stated that she runs a business and uses an Online Postage Account for her shipping needs. CHARRAN stated that she did not have any complaints or issues with any outbound mailings. CHARRAN stated that she did drop off parcels at the Denver Downtown Post Office sometime last week. CHARRAN stated that her business name was European Auto Parts and that the return address for the business is 6343 E Girard Place, Denver, CO 80222 (that is, the address associated with the Apartment, minus the apartment

number).  I provided CHARRAN with a call back telephone number controlled by the U.S. Postal Inspection Service, Denver Headquarters.

18. That same day, on or about October 27, 2020, acting in an undercover capacity I was contacted by an individual identifying himself as "Jacob Bradford," from telephone number 763-443-4940, and I learned the following:

  A.  The caller identification listed that telephone number 763-443-4940 was associated with the name Eric Mortensen (that is, MORTENSEN).  A review of the CLEAR commercial database revealed that telephone number 763-443-4940 was associated with the name Eric Mortensen and the address 7270 72nd Lane, Brooklyn Park, MN 55428.  Accordingly, it is believed that "Jacob Bradford" is an alias for MORTENSEN.

  B.  During this conversation with MORTENSEN, MORTENSEN stated that his girlfriend received a call about her USPS shipping account and a delayed parcel.  MORTENSEN stated that he was currently having shipping delays and stated that he has previously had issues with parcels that he mailed, which did not arrive to the intended recipients. MORTENSEN stated that he dropped off parcels at the University Park Post Office last week, stating on approximately October 22 or 23, 2020.  MORTENSEN stated that he spoke with a supervisor in regard to the shipping problems that he was having on that same date.  MORTENSEN stated that the business name associated with the parcels was European Auto Parts and that the return address for the business was 6343 E Girard Place, Denver, CO 80222.  MORTENSEN stated that the address was missing his apartment number 326, which is the apartment number associated with the Apartment.

  C.  MORTENSEN stated that these parcels contained LED lights.

19. On or about October 29, 2020, acting in an undercover capacity I contacted telephone number 763-443-4940, in anticipation of speaking with MORTENSEN, a/k/a "Jacob Bradford," in regard to USPS parcel shipping delays.  A male voice answered the telephone call by saying this is "Eric."  It is believed that the individual that answered the telephone call was MORTENSEN. During this call, the following occurred:

  A.  MORTENSEN stated that he had several delayed parcels and would provide a couple of the tracking numbers.  MORTENSEN provided tracking numbers 9405 5036 9930 0100 7964 20, 9405 5036 9930 0100 7502 86 and 9405 5036 9930 0100 7675 50. These are three tracking numbers associated with three of the parcels mailed by MORTENSEN on October 21, 2021, seized and found to contain marijuana or products labeled "THC," as described in paragraph 54, supra.

  B.  MORTENSEN stated that he mailed several parcels on approximately October 20, 2020.  MORTENSEN stated that one of the delivery addresses was supposed to receive three parcels.

  C.  MORTENSEN stated that the postage for these parcels was created through an Online Postage Account associated with CHARRAN, who MORTENSEN stated was his girlfriend.  MORTENSEN stated that he did not have the shipping account number and that CHARRAN mostly deals with the shipping part of his business.  MORTENSEN stated that his business name was European Auto Parts.

D.  MORTENSEN confirmed that his business address was 6343 E Girard Place, Denver, CO 80222.  MORTENSEN stated that the address was associated with an apartment complex, but that they do not use their apartment number.  MORTENSEN stated that his apartment number was 326, which is the apartment number associated with the Apartment.

E.  MORTENSEN stated that he has mailed approximately 60-100 parcels since the end of September 2020.

20. A review of USPS business records revealed that the Online Postage Account associated with this investigation was associated with over 170 USPS tracking numbers, between September 15, 2020 and October 29, 2020.  Postal records revealed that each of these mailings bore similar physical characteristics to parcels seized during the course of this investigation or believed to be associated with this investigation, to include recipient information and the use of the return address information of EUROPEAN AUTO PARTS or EUROPEAN AUTO, 6343 E GIRARD PL, DENVER, CO 80222 (that is, the address associated with the Apartment, minus the apartment number).

21. Since on or about January 8, 2021, I have been able to view posts that MORTENSEN made on the Social Media Account.

22. On or about January 8, 2021, I discovered videos posted on the Social Media Account displaying selfie videos of MORTENSEN.  The video post appeared to be in a smaller area, such as an apartment, with the kitchen area visible in the background.  During the video post, MORTENSEN is heard saying in part, "Y'all really want to know what I do all day.  I package shit up, respond to y'all messages..."  Based on my training and experience and familiarity with this investigation, I believe that MORTENSEN's reference to "package[ing] shit up" is a reference to MORTENSEN packaging and mailing out THC products.

23. On or about January 8, 2021, I discovered a photograph posted on the Social Media Account of a photograph of a white USPS Priority Mail envelope with ebay tape and an Online Postage Account label, listing the tracking number 9405 5036 9930 0219 4614 62, an expected delivery date of January 5, 2021, and a delivery location in Chaska, MN 55318.  The photograph also listed the caption "TD in Chaska, thanks boss."  It is believed that "TD" refers to touchdown or received, a way for a customer to notify MORTENSEN that the parcel that was mailed to them arrived at the intended delivery address.

A.  A review of USPS business records revealed that the shipping label associated with tracking number 9405 5036 9930 0219 4614 62 was created from an Online Postage Account associated with CHARRAN, listing a return address listed as EUROPEAN AUTO PARTS, 6343 E GIRARD PL, DENVER, CO 80222 and listing a delivery date of January 7, 2021.

24. On or about January 8, 2021, I discovered a video posted on the Social Media Account of a dark colored packet labeled with the red "THC" disclaimer, Batch Signature Extracts, Dosage 500 MG, batchextracts.com, Batch: Batch Indica-004M, OPC License: 403-01810, MIP License: 404-00539 and Total THC: 83.4%. ..."  Based on my training and experience and familiarity

with this investigation, I believe that MORTENSEN posted this THC on his Social Media Account in order to offer it for sale.

25. On or about January 8, 2021, I discovered a video posted on the Social Media Account of a selfie video of MORTENSEN.  MORTENSEN is heard narrating the video post saying, in part, "…then I had to remind him that I make 90k a fucking month..."  MORTENSEN eventually turns the video on a laptop screen displaying a webpage, which appeared to be associated with Coinbase Pro, a secure online platform for buying, selling, transferring, and storing cryptocurrencies, including Bitcoin.[3]  The video post zoomed in and out on a section of the webpage displaying a Default Portfolio amount of $196,220.56.

26. On or about January 8, 2021, I discovered a video posted on the Social Media Account of a selfie video of MORTENSEN, who was talking into the camera and leaning on a white item with similar physical characteristics to a USPS cardboard box, with ebay tape affixed to it.  During this same video post, MORTENSEN appeared to place ebay tape on one of the corners of the white box.

27. On or about January 8, 2021, I discovered a video posted on the Social Media Account of a video of a white circular container containing an amber-colored substance and a white circular cover labeled High Level Health, Rocky Diesel, Total THC: 70.7% and displaying the red "THC" disclaimer.

28. On or about January 8, 2021, I discovered a video posted on the Social Media Account of a video of another screen and a webpage, which appeared to be associated with Coinbase Pro.  The video post zoomed in and out on a section of the webpage displaying a Default Portfolio amount of $206,911.13 and that 99.99% percent was held in Bitcoin.  MORTENSEN is heard narrating the video post saying, "Good morning everybody."

29. On or about January 8, 2021, I discovered a video posted on the Social Media Account that displayed a selfie video of MORTENSEN holding a firearm with a seated magazine in the magazine well.  An internet Google search revealed that this firearm had similar physical characteristics to a Ruger PC Charger, 9mm firearm.  Based on my training and experience, I am aware that individuals involved in drug trafficking frequently arm themselves with firearms and ammunition and keep these items available either in their premises, in their vehicles or on their person.  This is primarily due to the large amounts of cash or valuable contraband involved in the drug trade and the fact that people so inclined tend to resort to violence to resist robbery, settle disputes or thwart capture by law enforcement.

30. On or about January 8, 2021, I discovered a video posted on the Social Media Account of a selfie video of MORTENSEN holding a handgun (that appeared to me to be different than the gun described in paragraph 29, *supra*) with a seated magazine in the magazine well.  During the video post, MORTENSEN is observed manually ejecting four rounds of ammunition through the ejection port of the same firearm.

---

[3] Coinbase, Inc. is a company that offers a cryptocurrency wallet service. Users of Coinbase's services can download a digital wallet application onto their smart phone. A user typically accesses the wallet application through inputting a user-generated PIN code or password. Users can store, receive, and transfer cryptocurrencies, via the Coinbase application.

31. On or about January 13, 2021, I discovered a video posted on the Social Media Account of a selfie video of MORTENSEN talking, with visible tattoos on his chest and right arm.  During this video post, MORTENSEN says, "I sell hundreds of thousands of dollars of product a month, easy.  Easy.  And I see $30-$40k a month of that, easy" and "If you don't like the price I tell you, say thank you and move on."  Based on my training and experience and familiarity with this investigation, I believe that MORTENSEN's reference to selling "product" is a reference to his sales of dispensary-sourced THC products.

32. On or about January 13, 2021, I discovered a video posted on the Social Media Account of a selfie video of MORTENSEN.  MORTENSEN says, "High levels, high levels are now going to be 800 an ounce."  Based on my training and experience and familiarity with this investigation, here I believe that MORTENSEN was referring to High Level Health (a marijuana dispensary) products were available for purchase for $800.00 an ounce.

33. On or about January 13, 2021, I discovered a photograph posted on the Social Media Account of a photograph listing the amount $16,521.00 and the caption "I make this look easy [smiling emoji with sunglasses]."  The photograph also listed the name "Venmo" near the bottom of the photograph.  I recognized the content posted in the photograph to be similar to the Venmo peer-to-peer payment application.

34. On or about January 14, 2021, I discovered a video posted on the Social Media Account of a video that gradually moved closer towards a black Audi with black rims ("Subject Vehicle 1") and no front license plate and a blue BMW with no front license plate ("Subject Vehicle 2") were both parked inside of a parking structure.  The parking space that the BMW was parked on was labeled 324.  The video post scanned between the Audi and BMW.  A male voice is heard narrating the video post saying, "Which one? Let's take the beamer."  The individual narrating the video post sounded like the same individual heard on previous video postings where MORTENSEN is seen in the video post and speaking.  The garage depicted in this video appears to me to be the garage attached to the building where the Apartment is located.  In addition, these are vehicles I know from my investigation to be registered to CHARRAN.

35. On or about January 14, 2021, I discovered a video posted on the Social Media Account of a computer screen and a webpage listing an account balance of $200,406.80 and that 99.96 percent was held in Bitcoin.  A male voice is heard narrating the video post.  The individual narrating the video post sounded like the same individual heard on previous video postings where MORTENSEN is seen in the video post and speaking.  The video post appeared to display that the current webpage was associated with Coinbase.

36. On or about January 14, 2021, I discovered a photograph posted on the Social Media Account of a white USPS Priority Mail flat rate envelope with the caption "TD brooklyn park."  Based on information obtained during the course of this investigation, it is believed that "TD" refers to touchdown, a way for a customer to notify MORTENSEN, via the Social Media Account, that the parcel containing the purchased product arrived at the intended delivery address.

37. On or about January 14, 2021, I discovered a video posted on the Social Media Account of a selfie video of MORTENSEN, with visible tattoos on his chest, arm and wrist.  During this video post, MORTENSEN says "Money ready people bump your message up, get it up to the top.  Try to get your orders in and out tomorrow…"

38. On or about January 15, 2021, I established surveillance in the area of the Apartment, and the following occurred:

    A.  I observed Subject Vehicle 1 depart from the parking structure associated with the Apartment.  CHARRAN was driving Subject Vehicle 1.

    B.  I observed Subject Vehicle 1 arrive and park in front of High Level Health, a marijuana dispensary located at 970 Lincoln Street, Denver, CO 80203.  I observed CHARRAN exit from the driver's side of Subject Vehicle 1 and enter High Level Health.  Subsequently, CHARRAN exited from High Level Health and entered the driver's side of Subject Vehicle 1.  CHARRAN was observed carrying items in her hands.

    C.  I observed Subject Vehicle 1 arrive and park in front of 5280 Weedery, a marijuana dispensary located at 3895 E 45th Avenue, Denver, CO 80216.  I subsequently observed CHARRAN exit from the driver's side of Subject Vehicle 1 and enter 5280 Weedery.  I then observed CHARRAN exit from 5280 Weedery and place items in the passenger side of subject vehicle no.1.

    D.  I observed Subject Vehicle 1 arrive and park in front of Wolf Pac Cannabis, a marijuana dispensary located at 2420 S Colorado Blvd., Denver, CO 80222.  I observed CHARRAN exit from the driver's side of Subject Vehicle 1 and enter Wolf Pac Cannabis.  I subsequently observed CHARRAN exit from Wolf Pac Cannabis and enter the driver's side of Subject Vehicle 1.  I observed CHARRAN carrying items in her hands.

    E.  Finally, I observed CHARRAN and Subject Vehicle 1 arrive in the area of the Apartment and enter the parking structure associated with the Apartment.

39. Based on information obtained during the course of this investigation, I recognized the dispensary brands Wolf Pac Cannabis and High Level Health as being products associated with information advertised and posted on the Social Media Account and/or brands of products seized from parcels associated with this investigation.  Based on my training and experience, CHARRAN's activities are consistent with someone purchasing product limits at multiple dispensaries, to increase their product quantity and availability, or the activities of someone filling customer orders, which are illegally sold outside of the State of Colorado, while evading retail marijuana sales tax, and Colorado income taxes.

40. On or about January 15, 2021, I discovered a photograph posted on the Social Media Account of a white USPS envelope with ebay tape and an Online Postage Account label affixed to the envelope.  The return address information appeared to list the address "EUROPEAN AUTO PARTS, 6343 E GIRARD PL, DENVER CO 80222-7408," which is a known return address associated with this investigation.  The posted photograph listed the caption "TOUCHDOWN, Shit Yeah."

41. On or about January 15, 2021, I discovered a video posted on the Social Media Account of an individual holding a green leafy substance.  The video post then scans to a white zip-locking bag labeled "Kaya Cannabis," "OPC Lic# 403-00853," "Batch: VIOFXMIMO #10 11.18.20," "THC: 26.96%," "Lic # 402-00573," "Usable Weight: 28.000 g" and "20226647SY," which contained a

green leafy substance.  Based on my training and experience and familiarity with this investigation, I believe that MORTENSEN posted this video to the Social Media Account to advertise the product he has for sale.

42. On or about January 15, 2021, I discovered a video posted on the Social Media Account of a video of a white circular container, containing a green leafy substance.  The white container was labeled "ICE CREAM MAN #3 BUD," "56.00G, INHALED PRODUCT," "WOLFPAC CANNABIS, 402-00165" and "20-226-647-SY."  Based on my training and experience and familiarity with this investigation, I believe that MORTENSEN posted this video to the Social Media Account to advertise the product he has for sale.

43. On or about January 15, 2021, I discovered a video posted on the Social Media Account of two white bags.  The individual making the video post opened one of the bags, revealing white boxes, one box displaying a red "THC" disclaimer, to include dispensary packaging labeled High Level Health.  The individual making the video grabbed the two white bags and walks towards another area of the room, arriving at an area that appeared to be a storage area for other items that appeared to be labeled with the red "THC" disclaimer.  MORTENSEN is heard narrating the video post.  The room associated with this video post is believed to be associated with the Apartment.  Individuals, like MORTENSEN, who sell and distribute controlled substances often use their home to store controlled substances, packaging materials and/or proceeds from the sale of controlled substance—as I believe MORTENSEN does—in preparation of distributing controlled substances for resale to their customers.  Their homes, therefore, often contain package materials, mailing materials, scales, and other paraphernalia associated with their drug trafficking business.

44. On or about January 15, 2021, I discovered a video posted on the Social Media Account of a selfie video of MORTENSEN, who appeared to be at the rear of a vehicle, with the hatch in the open position.  This vehicle appeared to me to be Subject Vehicle 2.  I recognized that this video appeared to be taken from the parking lot associated with the Denver Downtown Post Office.

45. On or about January 20, 2021, Denver law enforcement officers established surveillance in the area of the Apartment.  During this surveillance, the following occurred:

   A. Another law enforcement officer observed Subject Vehicle 2 depart from the area of the Apartment, with MORTENSEN sitting in the driver's seat operating the vehicle. Mobile surveillance was conducted on MORTENSEN and Subject Vehicle 2.

   B. During the surveillance of Subject Vehicle 2, another law enforcement officer and I observed Subject Vehicle 2 arrive and park in front of High Level Health,[4] in Denver. MORTENSEN was observed exiting from the driver's side of Subject Vehicle 2 and entering High Level Health.  Approximately four minutes later, MORTENSEN exited High Level Health and entered the driver's side of Subject Vehicle 2.  MORTENSEN was observed carrying white items in his hands.  A brief moment later, Subject Vehicle 2 departed from the area of High Level Health, ultimately arriving at the parking lot associated with the Denver Downtown Post Office, located at 951 30th Street, Denver, CO 80202.

---

[4] As reference above, this investigation revealed that High Level Health was a brand of products labeled "THC" that were frequently posted on the Snapchat Account and the brand of items labeled "THC" seized inside of parcels seized during the course of this investigation.

C. Another law enforcement officer observed MORTENSEN retrieve white items from the rear cargo area of Subject Vehicle 2 on multiple occasions and carry them into the Denver Downtown Post Office. From inside of the post office, I observed MORTENSEN place white items on the clerk's counter associated with the Denver Downtown Post Office, to be entered into the U.S. Mail stream. I reviewed the Denver Downtown Post Office surveillance video from January 20, 2021 and observed MORTENSEN enter and exit the post office on multiple occasions, appearing to carrying white items each time he entered the post office.

46. After MORTENSEN mailed the parcels and departed from the area of the Denver Downtown Post Office, as described in paragraph 84.c, *supra*, I physically examined the parcels that MORTENSEN carried into the post office and discovered that MORTENSEN mailed seventeen (17) parcels. The postage associated with these seventeen parcels was purchased through an Online Postage Account and each of these parcels had ebay tape affixed to them. Sixteen of these parcels listed the return address information of "EUROPEAN AUTO PARTS, 6343 E GIRARD PL, DENVER CO 80222-7408" and one of the parcels listed the return address information of "EUROPEAN AUTO, 6343 E GIRARD PL, DENVER CO 80222-7408." A review of USPS business records revealed that the shipping labels associated with these seventeen parcels were created on January 19, 2021, from the Online Postage Account associated with CHARRAN.

47. On or about January 20, 2021, I took custody of two of the parcels described in paragraphs 83 and 84, *supra*, USPS parcel bearing tracking number 9405 5036 9930 0242 1617 97 ("9405 5036 9930 0242 1617 97") and USPS parcel bearing tracking number 9405 5036 9930 0242 0146 28 ("9405 5036 9930 0242 0146 28"), in anticipation of applying for federal parcel search warrants. The remaining parcels were not seized and returned to the U.S. mail stream for delivery. On or about January 22, 2020, Denver law enforcement officers executed federal warrants to search 9405 5036 9930 0242 1617 97 and 9405 5036 9930 0242 0146 28, which revealed that each parcel contained items labeled "THC."

48. On or about January 20, 2021, I discovered a video posted on the Social Media Account of a selfie video of MORTENSEN, listing the caption "Green dot so sexy." MORTENSEN was observed holding a firearm equipped with a scope and a seated magazine in the magazine well. This firearm appeared to be the same or similar to the firearm that MORTENSEN was observed holding on a video post discovered on the Social Media Account on January 8, 2021, as described in paragraph 68, *supra*.

49. On or about January 29, 2021, I discovered a video posted on the Social Media Account of a white USPS mailing receipt listing the time 6:02 p.m., a partial mailing location address of "ersity Park," "uchtel Blvd," and ZIP Code 80210, believed to be the University Park Post Office, the date January 28, 2021 and a partial tracking numbers ending in "1028 7922 14" and "1028 7922 21." This same video post of the USPS receipt displayed partial tracking number "28 7922 38," the Audi logo on the steering wheel, believed to be Subject Vehicle 1, tracking number 9505 5122 5293 1028 7922 76 ("9505 5122 5293 1028 7922 76"), purchase amount of $98.80 and a bank card ending in "7996."

A. On or about February 1, 2021, I was in contact with the Brooklyn Park Post Office, Brooklyn Park, MN 55443 and requested that parcel 9505 5122 5293 1028 7922 76 be

sent to USPIS, Denver Headquarters, for further review. The Brooklyn Park Post Office is responsible for coordinating the delivery of parcels addressed to be delivered to the delivery address associated with 9505 5122 5293 1028 7922 76.

B. On or about February 8, 2021, Denver law enforcement officers executed a federal warrant to search the 9505 5122 5293 1028 7922 76, which revealed items labeled "THC." Specifically, I discovered the number 20-226-647-SY on some of the seized dispensary packaged products labeled "THC" and dispensary packaging labeled High Level Health.

50. I am aware that the University Park Post Office is located at 3800 Buchtel Boulevard, Denver, CO 80210. Based on the information obtained from the video post associated with the Social Media Account, as described in paragraph 88, *supra*, I conducted a review of USPS business records for transactions on January 28, 2021, from the University Park Post Office, at approximately 6:02 p.m. These records revealed that seven USPS tracking numbers were associated with the same transaction, beginning at approximately 5:57 p.m. and ending at approximately 6:02 p.m. The total postage amount to mail seven parcels was $98.80, which was associated with a bank card ending in 7996. Based on information obtained from Firefly Credit Union, I learned that MORTENSEN's account listed a USPS transaction on January 28, 2021, for a total of $98.80.

51. On or about January 29, 2021, I discovered a post on the Social Media Account of a video displaying a muzzle device and a firearm. MORTENSEN is heard narrating the video post saying, "Hey, who's installed one of these?" On that same date, I discovered another post on the Social Media Account of a video of a firearm, that appeared to be the same firearm. The firearm appeared to have been modified with the previously-mentioned muzzle device.

52. On or about January 29, 2021, I discovered a video posted on the Social Media Account of a selfie video of MORTENSEN talking. During this video posting, MORTENSEN says, "If I didn't get you tracking, your shit is more than likely out for delivery. If yours wasn't out Monday. A lot of y'alls is touching now."

53. On or about February 1, 2021, I discovered a video posted on the Social Media Account of a video post that scanned across a counter with several white items similar to white USPS mailing boxes and envelopes, which appeared to have ebay tape affixed to them, with the caption "The whole counter 20 going out." The video post appeared to have been taken from inside of a post office.

54. On or about February 1, 2021, I discovered a video posted on the Social Media Account of two white USPS mailing receipts. The top receipt listed the time 6:07 p.m. and a partial tracking number ending in "293 1032 7942 11" and the second receipt was observed behind the first receipt and listed the date February 1, 2021. This same video post displayed the second white USPS mailing receipt listing the time 6:06 p.m. and a partial mailing location address of "ersity Park," "Buchtel Blvd," and ZIP Code 80210. The video post then scanned to the bottom of this same 6:06 p.m. mailing receipt and displayed a partial tracking number ending in "1032 7618 94," a purchase amount of $215.30 and a bank card number ending in "7836."

55. As noted above, University Park Post Office is located at 3800 Buchtel Boulevard, Denver, CO 80210, which is similar to the partial address associated with the USPS mailing receipts

described in paragraph 54, *supra*.  Based on the information obtained from the video post associated with the Social Media Account, I conducted a review of USPS business records for transactions on February 1, 2021, from the University Park Post Office, at approximately 6:06 p.m. and 6:07 p.m.  These records revealed that twelve USPS tracking numbers were associated with the same transaction, beginning at approximately 5:55 p.m. and ending at approximately 6:06 p.m.  The total postage amount to mail these twelve parcels was $215.30, which was associated with a bank card ending in "7836."  Based on information obtained during the course of this investigation, I discovered that the bank card ending in "7836" was associated with a BMO Harris Bank account associated with MORTENSEN that ended in "3523."

56. I believe that MORTENSEN mailed additional THC parcels from the University Park Post Office on February 1, 2021, for the following reasons:

   A.  Review of USPS business records for transactions on February 1, 2021, from the University Park Post Office, at approximately 6:06 p.m. and 6:07 p.m., revealed that nine USPS tracking numbers were associated with the same transaction, beginning at approximately 6:00 p.m. and ending at approximately 6:07 p.m.  The total postage amount to mail these nine parcels was $119.00, which was associated with a bank card ending in "7996."  Based on information obtained from Firefly Credit Union, I discovered MORTENSEN's account listed a USPS transaction on February 1, 2021, for a total of $119.00.

   B.  I reviewed the University Park Post Office surveillance video from February 1, 2021 and observed MORTENSEN carrying white items retrieved from a dark colored sedan, believed to be Subject Vehicle 1, and place them items onto the customer counter, associated with the University Park Post Office, on multiple occasions.  After MORTENSEN carries all of the white items into the post office, I observed MORTENSEN inside the University Park Post Office appearing to utilizing a cellular telephone and panning across the parcels on the customer counter, which is consistent with the video posted on the subject account, referenced above, in which the video post scanned across a counter with several white items similar to white USPS mailing boxes and envelopes that appeared to have ebay tape affixed to them, with the caption "The whole counter 20 going out."

   C.  Upon review of a photographic surveillance system associated with the University Park Post Office, I observed Subject Vehicle 1 depart from the area of the University Park Post Office, at approximately 6:09 p.m.

57. On or about February 7, 2021, I discovered a video posted on the Social Media Account of a video of someone filming what appeared to be a cellular telephone displaying the Robinhood application[5] that listed an investing amount of $15,278.80.  MORTENSEN is heard narrating the video post.

58. On or about February 12, 2021, I discovered a video posted on the Social Media Account of a piece of paper, believed to be a USPS mailing receipt listing the time 6:13 p.m. and the date February 11, 2021.  The video pans to the exterior of a building, which appeared to be taken from the parking lot associated with the Denver General Mail Facility ("GMF"), located at 7550

---

[5] Robinhood is an investment application for, among other things, stocks and cryptocurrency.

E 53rd Place, Denver, CO 80217.  MORTENSEN is heard saying "We at the main one.  We at the big one.  I hear we got good results at this one."  The video post then zooms in to a sign that said United States Post Office.

59. On or about February 12, 2021, I discovered a video posted on the Social Media Account of a white packet displaying the red "THC" disclaimer and labeled Rosin, Papaya, 20-226-647-SY, 1.00 g, and 2/12/21.

60. I believe that MORTENSEN mailed additional THC parcels from the GMF post office on or about February 16, 2021, for the following reasons:

    A. On or about February 16, 2021, while at the GMF post office, I identified eleven parcels were wrapped with ebay tape and each listed the same return address information of "EUROPEAN AUTO PARTS, 6343 E GIRARD PL, DENVER CO 80222-7408."  One of these parcels was a USPS Priority Mail parcel bearing tracking number 9505 5122 0956 1047 1770 68.

    B. I took custody of USPS Priority Mail parcel bearing tracking number 9505 5122 0956 1047 1770 68, in anticipation of applying for federal parcel search warrant.  The remaining ten parcels were not seized and returned to the U.S. mail stream for delivery.

    C. On or about February 19, 2021, Denver law enforcement officers executed a federal warrant to search the 9505 5122 0956 1047 1770 68 parcel, which revealed items labeled "THC."  Specifically, I discovered the number 20-226-647-SY on some of the seized dispensary packaged products labeled "THC."

    D. I have learned that the substance located in parcel 9505 5122 0956 1047 1770 68 was sent to a laboratory and tested presumptive positive for marijuana.

    E. I obtained the USPS mailing receipt associated with the mailing of the eleven parcels and learned that the transaction date occurred on February 16, 2021, at approximately 4:52 p.m.  The USPS mailing receipt listed that the transaction included postage for eleven USPS parcels, with a total of $159.00 in postage, charged to a bank card ending in "7836."  The eleven parcels associated with this USPS mailing receipt are the same tracking numbers associated with the subject parcels that I discovered on February 16, 2021.

    F. I reviewed GMF photographic surveillance equipment from February 16, 2021 and observed Subject Vehicle 2 arrive in the area of the GMF.  From surveillance video, I recognized MORTENSEN as the mailer of the eleven parcels mailed at the GMF on February 16, 2021, utilizing a bank card ending in "7836," which is associated with MORTENSEN.

61. On or about February 17, 2021, I became aware of USPS Priority Mail parcel bearing USPS tracking number 9505 5158 7989 1047 6530 83 ("9505 5158 7989 1047 6530 83"), addressed to CHARRAN at the Apartment and listing a return address in Minnesota.  The Minnesota return address is the same address associated with outbound parcels mail from Colorado to Minnesota, specifically, outbound parcels discovered from information obtained from videos posted on the subject account on January 29, 2021 and February 1, 2021.

     A. On or about February 22, 2021, Denver law enforcement officers executed a warrant to search 9505 5158 7989 1047 6530 83, which revealed $4,650.00 U.S. currency concealed within the parcel. Denver law enforcement officers documented the contents and repackaged the 9505 5158 7989 1047 6530 83, to include all the contents and the U.S. currency, and placed the parcel back into the U.S. Mail stream for delivery, in furtherance of this investigation.

     B. Based on my training and experience, I believe that this money was payment for controlled substances sent via the U.S. mail.

62. On or about February 18, 2021, I discovered a video posted on the Social Media Account of a video of another screen and a webpage, which appeared to be associated with Coinbase Pro. The video post zoomed in and out on a section of the webpage displaying the price $52,000.00, which was the approximate conversion amount of one Bitcoin into U.S. currency, on February 18, 2021. The video post pans to another section of the webpage displaying a Default Portfolio amount of $262,999. The video post then pans to another section of the webpage, while zooming in and out, displaying an available quantity of 5.05735328, an available balance of $262,999.70 and a balance of $262,982.37. The video post briefly scans to a brown dog and then back to the webpage displaying a Default Portfolio amount of $263,004.75 and that the Holdings section listed that 99.99% percent was held in Bitcoin. MORTENSEN is heard narrating the video post saying, in part, "Get it, get it, get it, get it, get it, get it, 52 bands of Bitcoin. Fuck is you talking about. Fuck is y'all talkin…"

63. On or about February 27, 2021, I discovered a photograph posted on the Social Media Account of a photograph listing the amount $14449.00 and the caption "Yay almost got this 40k out. 10k a week withdrawal limit and 3k sending a week...." The photograph also displayed the name US Bank and the name Venmo near the bottom of the photograph. I recognized the content posted in the photograph to be associated with the Venmo peer-to-peer payment application.

64. On or about March 2, 2021, I discovered a video posted on the Social Media Account of a selfie video of MORTENSEN talking. MORTENSEN appeared to be walking down a hallway, with pink doors or entrances observed in the background of the video post, with small recessed lights above the doors. This is consistent with the layout and color scheme associated with the apartment complex associated with the Apartment.

65. On or about March 4, 2021, I discovered a video posted on the Social Media Account of a white USPS mailing receipt listing the date March 4, 2021, the time 5:26 p.m., a purchase amount of $104.65 and a bank card ending in "7836." I subsequently conducted a review of USPS business records for transactions on March 4, 2021, at approximately 5:26 p.m. These records revealed that nine USPS tracking numbers were associated with the same transaction, beginning at approximately 5:22 p.m. and ending at approximately 5:26 p.m., at the University Park Post Office. The total postage amount to mail these nine parcels was $104.65, which was associated with a bank card ending in 7836.

66. On or about March 5, 2021, I discovered a video posted on the Social Media Account of a white piece of paper listing the date March 5, 2021, Patient: Melissa A Charran, CDPHE MJ Registry #: 20-226-647-SY, Patient Invoice: #9674, Angry Scout, Bruce Banner x Girl, Scout Cookies, Rooster THC, Classic Winner, and 2017 – Sativa.

67. On or about March 18, 2021, I discovered a video posted on the Social Media Account of a selfie video of MORTENSEN talking.  MORTENSEN is heard saying, in part, "Alright people, we are gonna be slowing down on orders.  There's so many of you and if you wanna get shit in by the end of this weekend, get it in today, get it in today.  Because I'm gonna stop.  Yesterday I had a fuckin hardcore-ass migraine. I went to sleep in the afternoon it went away.  I woke up at fuckin one last night and that motherfucker was straight splitting my skull in half.  I was puking and shit.  I fucking hate migraines.  I overwork myself for y'all.  Y'all know I do this 24/7/365, so it's gonna be break time.  We gonna take a nice vacation in the next couple weeks. So get your shit in, get your shit in.  Some of y'all strictly get your shit from me, so get enough in before I'm taking a vacation in a week or two.  Cuz my brain, I am fried."

68. On or about March 18, 2021, I discovered a video posted on the Social Media Account of a selfie video of MORTENSEN talking.  MORTENSEN is heard saying, in part, "Damn y'all, I said I wasn't leaving until the end of the month and I might be gone for a while.  But still, get 'em in. Y'all are flooding my shit right now, flooding.  And no, I don't have enough Wolf Pac's like that.  If you're asking about Wolf Pacs, y'all gotta pay in advance.  But I got a dude who paid, paid for a bunch of the and he paid.

69. On or about March 18, 2021, I discovered a video posted on the Social Media Account of a black circular container containing a green leafy substance.  The individual making the video closed the lid associated with the black container displaying a white label labeled Wolf Pac Cannabis (Colorado Blvd), 402-00165, Patient Melissa Charran, Pink Runtz, 03/18/2021, 28 g.

70. On or about March 19, 2021, I discovered a photograph posted on the Social Media Account of a Facebook notification stating that a Facebook account has been disabled, associated with the name Jacob Bradford.  On or about March 19, 2021, I discovered a video posted on the Social Media Account of a selfie video of MORTENSEN talking.  MORTENSEN says, "If y'all have been hitting me up on Facebook, cut it out.  Facebook is done for," "I'll try to make a new one, that's gonna take a while, for all my people that are on Facebook, who met me on Facebook, on the Facebook marijuana page, the Minnesota one.  Um, yeah.  Don't hit me up on messenger no more, I can't respond. I can see them.  I'll try to add everybody on a new one or some shit.  Even though I hate Facebook," "I need Facebook.  I advertise on it and all that.  I definitely do. Facebook has made me millions, for real.  They made me a million past two-three years from the Minnesota marijuana page, for sure.  Millions, Millions, Millions.  But yeah, no more Facebook. I'll make a new one."

71. On or about March 19, 2021, I discovered a photograph posted on the Social Media Account of MORTENSEN pointing a handgun towards the camera and holding another firearm against his shoulder.

72. On or about March 19, 2021, I discovered a video posted on the Social Media Account of a selfie video of MORTENSEN.  MORTENSEN is heard saying, in part, "I'm tapped for orders," "Check before you send more money.  I'm tapped. No more. No more  unless it's a stupid, stupid little order for this and that. Check with me."

73. On or about March 19, 2021, I discovered a video posted on the Social Media Account of a clear bag containing a green leafy substance with a white sticker listing Potco, 03/19/2021, 2:59pm, Batch #: PcF120520, Med ID#: 20-226-647-SY, Pineapple Express, Total THC: 37.78.

74. On or about March 20, 2021, I discovered a video posted on the Social Media Account of a selfie video of MORTENSEN. MORTENSEN is heard saying, in part, "We're gonna have a little, little chat, everybody who orders with me. Alights, so, a lot of y'all have been hitting me up. Yeah, I haven't been talking to y'all for awhile. Whatever, I've been busy, busy. I've got 20 plus orders and everybody wants hell-a-shit. So, inventory's all over the place. I'm just trying, I'm out grabbing shit. I've got fuckin six of y'all that want Mighty Mouse. I'm only allowed one a day, one jar a day. So, that's on backorder. Everybody stop sending me money, by the way. Stop, nobody, nobody nobody, no more. No more, I don't care if you got an order in, well, actually if you do got an order in, whatever, send me money, but no, no, no, no, no. I don't, no. Stop sending me money. We're done. We're done, 'til I get fuckin back on my shit. But stop sending me messages. I'm sorry, I'm out grabbing shit. It's 70 degrees here in Denver today, let me enjoy my weather. You know I barely get to do this you know, chill out, even though I'm not, I'm not, I'm just driving around grabbing y'all's shit at dispensaries. Um, but yeah. It's getting overwhelming, no more orders, cut it out. None. Nada," "You let me know what you want, how much of what, get the price, let's work the price out. If you an ounce versus grams," "Only zips. If you want shatter, zips only. We got different qualities, zips only." "It's 450 bucks for 28. Come on, come up with 450 y'all," "So please, inquire, know what you want, know the prices…" Based on my training and experience, I am aware that MORTENSEN is referring to an ounce quantity when referencing "zip."

## Financial Analysis

75. As noted in paragraphs 13.C and 60.A, *supra*, a bank card associated with MORTENSEN's Firefly Credit Union account has been used to purchase postage for parcels associated with this investigation using the Online Postage Account. Based on information obtained from Firefly Credit Union, between September 2020 through February 28, 2021, I became aware of the following information and activity in the account:

   A. MORTENSEN's account listed a balance of $65,242.21, as of February 28, 2021.

   B. A withdrawal associated with Venmo, in the amount of $3,000.00, on October 28, 2020.

   C. A withdrawal associated with Venmo, in the amount of $2,500.00, on December 4, 2020.

   D. A withdrawal associated with Robinhood, in the amount of $10,000.00, on December 11, 2020.

   E. A deposit in the amount of $45,461.85, on January 9, 2021.

   F. A deposit associated with Robinhood, in the amount of $11,368.84, on February 26, 2021.

   G. Multiple $500.00 ATM withdrawals.

   H. Multiple USPS purchases.

76. As noted in paragraph 25, *supra*, MORTENSEN posted a video to the Social Media Account saying that he makes "90k a fucking month." The same video displayed MORTENSEN's Coinbase Pro account, showing a Default Portfolio amount of $196,220.56. As described in paragraph 28, MORTENSEN again posted a video of his Coinbase account to the Social Media Account, showing a Default Portfolio amount of $206,911.13. As described in paragraph 35, *supra*, MORTENSEN yet again posted on the Social Media Account what appears to be his Coinbase account displaying a balance of $200,406.80. Finally, as described in paragraph 62, *supra*, MORTENSEN posted a video appearing to display his Coinbase account with a Default Portfolio amount of $263,004.75

A. Based on information obtained from Coinbase, I became aware that MORTENSEN was associated with a Coinbase account listing the following information, as of February 2021:

   i. An account creation date of August 26, 2017.

   ii. Biographical information related to MORTENSEN.

   iii. MORTENSEN's Coinbase account was also associated with the email address buffaloeric@gmail.com, the address 7270 72nd Lane N, Brooklyn Park, MN 55428 and the telephone number 763-443-4940, which is the same telephone number associated with the October 27, 2020 undercover conversation.

   iv. A BMO Harris bank account ending in "3523."

   v. A bank card ending in bank card ending in "7996."

   vi. A Bitcoin exchange total balance of 5.05735328 Bitcoin, a bought total amount of 45.82867104 Bitcoin, listing an equivalency of approximately $1,083,600.89, and a sold total amount of 44.89102114 Bitcoin.

   vii. A purchase of cryptocurrency in the amount of $14,249.32, on October 14, 2020, listing a payment method as BMO Harris Bank account ending in "3523."

   viii. A purchase of cryptocurrency in the amount of $11,610.04, on October 17, 2020, listing a payment method as cash.

   ix. A purchase of cryptocurrency in the amount of $14,218.44, on October 19, 2020, listing a payment method as BMO Harris Bank account ending in "3523."

   x. A purchase of cryptocurrency in the amount of $3,000.00, on October 26, 2020, listing a payment method as bank card ending in "7996."

   xi. A deposit in the amount of $12,000.00, to MORTENSEN's BMO Harris Back account ending in "3523," on November 29, 2020.

   xii. I am aware, based on my training and experience, that this activity of transferring funds between financial institutions and exchanges, to include bank account and bank cards linked to the distribution of controlled substance, is consistent with the

activities of a drug trafficker attempting to convert and conceal illicit proceeds and co-mingle criminal proceeds derived from distributing drugs online.

77. As described in paragraph 33, *supra*, a photograph posted on the Social Media Account showed the amount $16,521.00 and the caption "I make this look easy [smiling emoji with sunglasses]." The photograph also listed "Venmo" near the bottom of the photograph. In addition, as described in paragraph 102, *supra*, on or about February 27, 2021, I discovered a photograph posted on the Social Media Account of a photograph listing the amount $14,449.00 and the caption "Yay almost got this 40k out. 10k a week withdrawal limit and 3k sending a week...." The photograph also displayed the name US Bank and the name Venmo near the bottom of the photograph. I recognized the content posted in the photograph to be associated with the Venmo peer-to-peer payment application.

78. Based on information received from Venmo, I have learned the following;

   A. MORTENSEN was associated with a Venmo account listing an account creation date of December 12, 2017.

   B. MORTENSEN's Venmo account was associated with the username Eric-Mortensen-7, the telephone number 763-443-4940 and the email address buffaloeric@gmail.com, the username portion of the email address "buffaloeric" is similar to the username "buffaloeric1" that is associated with the Social Media Account.

   C. MORTENSEN's account listed a current primary account balance of $14,628.00, a total amount received by the account of $676,422.61, a total amount sent by the account of $90,949.97 and a total amount withdrawn and sent to a bank or card by the account of $17,813.27. Among other financial institutions, MORTENSEN's Venmo account was linked to the Firefly Credit Union card ending in "7996."

   D. The account contained transactions listing names of individuals that were associated with delivery addresses, outside of the State of Colorado, of USPS parcels mailed by MORTENSEN, from the State of Colorado, to include seized parcels during the course of this investigation. These deposits ranged from $20.00 to $4,000.00, consistent with payments for drug transactions.

79. As described in paragraph 55, *supra*, MORTENSEN mailed 12 parcels and paid for postage using a bank card ending in "7836." I learned that this bank card is associated with a BMO Harris Bank account associated with MORTENSEN that ended in "3523."

   A. Based on information obtained from BMO Harris Bank, I learned the following information about MORTENSEN's account, received in March 2021:

      i. An account balance of $27,896.64, as of February 12, 2021.

      ii. A withdrawal in the amount of $14,249.32, listing a transfer to Coinbase in the description, October 15, 2020.

      iii. A withdrawal in the amount of $14,218.44, listing a transfer to Coinbase in the description, October 20, 2020.

    iv.    A withdrawal in the amount of $12,000.00, listing a transfer to Coinbase in the description, on November 30, 2020.

    v.    A USPS transaction dated February 2, 2021, for a total of $215.30, from bank card ending in "7836."

    vi.    Multiple $500.00 payments listing the name "Melissa Charran" in the description.

    vii.    Multiple Zelle and Facebook Pay deposits listing names of individuals that were associated with delivery addresses, not in the State of Colorado, of USPS parcels mailed by MORTENSEN, from the State of Colorado.  These deposits ranged from $35.00 to $3,500.00, consistent with payments for drug transactions.

80. As described in paragraph 57, *supra*, on or about February 7, 2021, I discovered a video posted on the Social Media Account of a video of someone filming what appeared to be a cellular telephone displaying the Robinhood application that listed an investing amount of $15,278.80.  MORTENSEN is heard narrating the video post.

81. As described in paragraph 9, *supra*, I know from my investigation that neither MORTENSEN nor CHARRAN have legitimate jobs.  Accordingly, I believe that when MORTENSEN or CHARRAN purchase THC or marijuana products from dispensaries to re-sell, that they are re-investing the proceeds that they made from previous sales of marijuana.  This is further supported by the cash withdraws from MORTENSENS's accounts and from MORTENSEN's transfers of money to CHARRAN, as described in paragraphs 1175-794-118, *supra*.  In addition, I believe that MORTENSEN has been transferring the proceeds of his THC/marijuana business into cryptocurrency.  In my training and experience, I am aware that individuals who wish to conceal the source or ownership of money, they will often convert that money into cryptocurrency because they believe that cryptocurrency is less traceable than other forms of money.

## Firearms

82. Based on my investigation, including my review of the Social Media Account, it appears to me that the guns described herein that I viewed on the Social Media Account are real guns (as opposed to replica guns) for the following reasons, among others:

    A.    As described in paragraph 69, *supra*, on January 8, 2021, MORTENSEN posted videos of himself holding two different firearms.  One of these videos shows MORTENSEN manipulating a handgun with a magazine in the magazine well.  In the video, MORTENSEN ejects four rounds of ammunition through the ejection port of the firearm.

    B.    As described in paragraph 68, *supra*, on January 8, 2021, MORTENSEN posted a video in which he moves the camera close to the handgun.  In this video, a serial number is visible on the barrel of the gun (though I cannot make out the numbers themselves).

C.  As described in paragraph 90, *supra*, on January 29, 2021, MORTENSEN posted a video puzzling over how to attach a device to a gun's muzzle, and then posted a subsequent video displaying the gun with the device attached.

D.  In all of the firearms posted to the Social Media Account, the muzzles are not plugged with anything, in the way a replica would be.

83. I have learned that MORTENSEN has multiple prior felony convictions, including for burglary and assault, and is prohibited from possessing firearms or ammunition pursuant to 18 U.S.C. § 922(g)(1).

84. As described in this affidavit, I viewed MORTENSEN's Social Media Account in an undercover capacity nearly every day for months.  During that time, it became apparent to me that the primary purpose of the Social Media Account is to sell THC and marijuana products.  I know from my training and experience that drug traffickers like MORTENSEN who display firearms—as MORTENSEN has done repeatedly on the Social Media Account—often do so with the intention of scaring of individuals who may harbor designs on robbing MORTENSEN of his drugs or drug proceeds.  This is especially true of MORTENSEN who, along with CHARRAN, have been using their true address on many of the parcels that they send and receive.  This would make it relatively easy for someone with nefarious purposes to find MORTENSEN's Apartment for the purposes of depriving him of his money or drugs. MORTENSEN surely knows this, and I believe that he displays weapons on the same Social Media Account where he sells his drugs in order to serve as a warning to people who may wish to do him harm.

85. I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

*s/ Derek Backus*
Inspector Derek Backus
USPIS

Sworn to before me by reliable electronic means this ___24th___ day of March, 2021.

Hon. Nina Y. Wang
United States Magistrate Judge

Affidavit reviewed and submitted by Andrea Surratt, Assistant United States Attorney.