| | | |
|---|---|---|
| DEFENDANT: | ERIC MORTENSEN | |
| YOB/AGE: | 1989 | |
| COMPLAINT FILED? | _____ Yes   ___x____ No | |
| | If Yes, MAGISTRATE CASE NUMBER_____ | |
| OFFENSE(S): | 21 U.S.C. § 841(a)(1) | Distribution of a controlled substance |
| | 21 U.S.C. §§ 841(a)(1) & 846 | Conspiracy to distribute a controlled substance |
| | 18 U.S.C. § 922(g)(1) | Prohibited Person in Possession of Firearm/Ammunition |
| | 18 U.S.C. § 924(c)(1)(A) | Use/carry firearm during and in relation to a drug trafficking crime |
| | 18 U.S.C. § 1956(h) | Conspiracy to launder money |
| LOCATION OF OFFENSE: | Denver County, Colorado | |
| PENALTY: | 21 U.S.C. § 841(a)(1) | NMT 5 yrs imprisonment, NMT $250,000 fine or both; NMT 3 yrs SR; $100 SA |
| | 21 U.S.C. §§ 841(a)(1) & 846 | NMT 5 yrs imprisonment, NMT $250,000 fine or both; NMT 3 yrs SR; $100 SA |
| | 18 U.S.C. § 922(g)(1) | NMT 10 yrs imprisonment, NMT $250,000 fine or both; NMT 3 yrs SR; $100 SA |
| | 18 U.S.C. § 924(c)(1)(A) | NLT 5 yrs imprisonment; NMT life imprisonment; NMT 5 yrs SR; $100 SA |
| | 18 U.S.C. § 1956(h) | NMT 20 yrs imprisonment; NMT $250,000 fine or both; NMT 3 yrs SR; $100 SA |
| AGENT: | USPIS Inspector Derek Backus | |
| AUTHORIZED BY: | AUSA Andrea Surratt | |

ESTIMATED TIME OF TRIAL:   _x_ five days or less   ____ over five days

THE GOVERNMENT

X  will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention **is** applicable to this defendant.