| | |
|---|---|
| DEFENDANT: | MELISSA CHARRAN |
| YOB/AGE: | 1993 |
| COMPLAINT FILED? | _____ Yes     ___x____ No |
| | If Yes, MAGISTRATE CASE NUMBER_____ |

| OFFENSE(S): | | |
|---|---|---|
| | 21 U.S.C. § 841(a)(1) | Distribution of a controlled substance |
| | 21 U.S.C. §§ 841(a)(1) & 846 | Conspiracy to distribute a controlled substance |
| | 18 U.S.C. § 1956(h) | Conspiracy to launder money |

| | |
|---|---|
| LOCATION OF OFFENSE: | Denver County, Colorado |

| PENALTY: | | |
|---|---|---|
| | 21 U.S.C. § 841(a)(1) | NMT 5 yrs imprisonment, NMT $250,000 fine or both; NMT 3 yrs SR; $100 SA |
| | 21 U.S.C. §§ 841(a)(1) & 846 | NMT 5 yrs imprisonment, NMT $250,000 fine or both; NMT 3 yrs SR; $100 SA |
| | 18 U.S.C. § 1956(h) | NMT 20 yrs imprisonment; NMT $250,000 fine or both; NMT 3 yrs SR; $100 SA |

| | |
|---|---|
| AGENT: | USPIS Inspector Derek Backus |
| AUTHORIZED BY: | AUSA Andrea Surratt |

ESTIMATED TIME OF TRIAL:   _x_ five days or less   ____ over five days

THE GOVERNMENT

__ will  seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention **is not** applicable to this defendant.