IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   21-mj-00051-NYW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ERIC MORTENSEN, a/k/a "Jacob Bradford," and
MELISSA CHARRAN

    Defendants.

## ORDER TO RESTRICT

Upon the motion of the United States of America, and for good cause shown, it is ORDERED as follows:

1) restriction of the case and documents to Level 3 is appropriate for good cause shown under D.C.Colo.LCrR 47.1 such that the case, including the Criminal Complaint, Affidavit in Support of Criminal Complaint, and Arrest Warrant in the above-captioned matter, as well as the Government's Motion to Restrict and this Order, are restricted at Level 3 until further order of the Court.

DATED this __24th__ day of March, 2021

BY THE COURT:

_(signature)_
United States Magistrate Judge
DISTRICT OF COLORADO