IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.: 21-mj-51-NYW

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     ERIC MORTENSEN, a/k/a "Jacob Bradford," and
2.     MELISSA CHARRAN,

        Defendant.

---

### MOTION TO UNRESTRICT/UNSEAL

---

The United States of America, by and through Assistant United States Attorney Andrea Surratt, respectfully moves this Court for an order unsealing the above-captioned matter and all related documents to include the Complaint and Arrest Warrants.

WHEREFORE, the United States respectfully requests the Court unseal this matter and all related documents.

        Respectfully submitted,

        MATTHEW T. KIRSCH
        Acting United States Attorney

        By: *s/ Andrea Surratt*
        Andrea Surratt
        Assistant U.S. Attorney
        (303) 454-0100
        Andrea.Surratt@usdoj.gov