IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.: 21-mj-51-NYW

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    ERIC MORTENSEN, a/k/a "Jacob Bradford," and
2.    MELISSA CHARRAN,

       Defendant.

---

## ORDER TO UNRESTRICT/UNSEAL

---

Upon the motion of the United States of America, it is ORDERED that the Clerk of the Court unseal the above-captioned matter and all related documents.

Dated March 26, 2021.

BY THE COURT:

_____
HON. NINA Y. WANG
UNITED STATES DISTRICT JUDGE