IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.: 21-mj-51-NYW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    ERIC MORTENSEN, a/k/a "Jacob Bradford," and
2.    MELISSA CHARRAN,

    Defendant.

---

### ORDER TO UNRESTRICT/UNSEAL
---

    Upon the motion of the United States of America, it is ORDERED that the Clerk of the Court unseal the above-captioned matter and all related documents.

Dated March 26, 2021.

    BY THE COURT:

    */s/ Nina Y. Wang*
    _____
    HON. NINA Y. WANG
    UNITED STATES MAGISTRATE JUDGE