IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.     21-mj-00051-NYW-1

UNITED STATES OF AMERICA,

      Plaintiff,

v.

  1. **ERIC MORTENSEN**
    *a/k/a Jacob Bradford*,

  2. MELISSA CHARRAN,

      Defendants.

_____

## NOTICE OF APPEARANCE
_____

The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above captioned case.

          Respectfully submitted,

          VIRGINIA L. GRADY
          Federal Public Defender

          s/ Mary V. Butterton
          MARY V. BUTTERTON
          Assistant Federal Public Defender
          633 17th Street, Suite 1000
          Denver, CO  80202
          Telephone:  (303) 294-7002
          FAX:  (303) 294-1192
          Mary_Butterton@fd.org
          Attorney for Defendant Eric Mortensen

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 29, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

    Andrea Surratt, Assistant United States Attorney
    Email: andrea.surratt@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Eric Mortensen (via U.S. Mail)

    s/ Mary V. Butterton
    MARY V. BUTTERTON
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Mary_Butterton@fd.org
    Attorney for Defendant Eric Mortensen